IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DELORES YBARRA,**                                  03:10-CV-949-BR

      **Plaintiff,**

                                                  **JUDGMENT OF REMAND**

**v.**

**COMMISSIONER OF SOCIAL SECURITY**

      **Defendant.**

      Based on the Court's Opinion and Order (#18) issued September 27, 2011, the Court hereby **REMANDS** this matter to the Commissioner for further administrative proceedings..

      DATED this 27th day of September, 2011.

                                                    /s/ Anna J. Brown

                                        ANNA J. BROWN
                                        United States District Judge