IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DELORES YBARRA,**                               03:10-CV-949-BR

    **Plaintiff,**

                                         **JUDGMENT OF REMAND**

**v.**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

Based on the Court's Opinion and Order (#18) issued September 27, 2011, the Court hereby **REMANDS** this matter to the Commissioner for further administrative proceedings..

DATED this 27th day of September, 2011.

                                      /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge

1 - JUDGMENT OF REMAND